## (June 29, 1976)

■ CAPRI FURNITURE CORPORATION et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County, entered on January 3, 1975, unanimously affirmed on opinion of Chimera, J., at Special Term, and that the respondent Holmes Electric Protective Corporation recover of the appellants one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ AETNA CASUALTY & SURETY COMPANY, Respondent, v ROBERT FRANK, Also Known as ROBERT FRANKLIN, et al., Defendants, and CHARLES C. McMICHAEL et al., Appellants.—Order, Supreme Court, New York County, entered on December 9, 1975, unanimously affirmed on opinion of Amsterdam, J., at Special Term, and that the respondent recover of the appellants one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Birns, Silverman and Nunez, JJ.

■ MARGERY A. PETERS, Respondent, v ROBERT F. PETERS, Appellant.—Order Supreme Court, New York County, entered on or about February 5, 1976, unanimously affirmed for the reasons stated by Gomez, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ DIANA DILLON et al., Respondents, v LISA DE MARIA, an Infant, Appellant.—Judgment, Supreme Court, Bronx County, entered on April 15, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Birns, Silverman and Nunez, JJ.

■ In the Matter of HORACE MANN INSURANCE Co., Appellant, v JOHN POLUCHNOVICH, Respondent.—Judgment, Supreme Court, New York County, entered on March 30, 1976, unanimously affirmed for the reasons stated by Rosenberg, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ SELMA R. SIMPSON, Appellant, v REUBEN W. MITCHELL et al., Respondents.—Order, Supreme Court, New York County, entered on January 8, 1976, unanimously affirmed for the reasons stated by Korn, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Birns and Nunez, JJ.

■ THEODORE R. SAYERS et al., Appellants-Respondents, v 510 PARK AVENUE CORPORATION, Respondent-Appellant.—Order, Supreme Court, New York County, entered on March 22, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated at Special Term. The cross appeal from said order is unanimously dismissed, as academic, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Capozzoli, Lane and Nunez, JJ.